**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT HOLMES, III, ) | |
| ) | Case No. 2:15-cv-01456-LDG-CWH |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| INTERNAL REVENUE SERVICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the Court on Plaintiff Robert Holmes, III's ("plaintiff") Application for Leave to Proceed In Forma Pauperis (doc. # 1), filed July 30, 2015.

Pursuant to 28 U.S.C. § 1914(a), a filing fee of $350.00 is required to commence a civil action in federal district court in addition to a new $50.00 administrative fee, effective May 1, 2013, for a total of $400.00. The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes an affidavit that he is unable to pay such costs or give security therefore." 28 U.S.C. § 1915(a).

Plaintiff submitted the affidavit required by § 1915(a) to show that he is unable to prepay fees and costs or give security for them. However, a review of plaintiff's application reveals that plaintiff failed to fill out numbers 1 or 2, and 5, of the court application form. See Doc. # 1-2. Because the information provided for review is incomplete, this Court is unable to determine whether plaintiff can afford the filing fee required to pursue the instant action.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that plaintiff's Application for Leave to Proceed In Forma Pauperis (doc. # 1) is **denied without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail plaintiff a blank Application to Proceed <u>In Forma Pauperis</u>.

**IT IS FURTHER ORDERED** that plaintiff shall have until **Tuesday, August 18, 2015**, in which to submit a completed application that includes the information discussed in this order, or to pay the $400.00 filing fee. Failure to comply with this order will result in a recommendation that this case be dismissed. The Clerk of Court shall retain plaintiff's Complaint.

DATED: July 31, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**