# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT HOLMES, III, | |
|     Plaintiff, | Case No. 2:15-cv-01456-LDG (CWH) |
| v. | **ORDER** |
| INTERNAL REVENUE SERVICE, *et al*., | |
|     Defendants. | |

    The plaintiff, Robert Holmes, III, filed this 42 U.S.C. §1983 action alleging, among other things, that the defendants violated his constitutional rights during the foreclosure proceedings on his residential property.  As Holmes sought to pursue his claims *in forma pauperis*, the court screens the complaint pursuant to 28 U.S.C. §1915(e).  The Magistrate issued a Report and Recommendation (ECF No. 5), finding that the plaintiff had failed to state any claim for relief against any defendant, and recommending that the complaint be dismissed without prejudice, with leave to file an amended complaint to the extent that the plaintiff can assert facts that address the defects of his complaint.  Holmes did not file any objections to the Report and Recommendation.  Accordingly, for good cause shown,

    THE COURT **ADOPTS** the Report and Recommendation (ECF No. 5);

1  THE COURT **ORDERS** that plaintiff Robert Holmes, III's complaint is DISMISSED
2 without prejudice for failure to state a claim upon which relief can be granted. Holmes shall
3 have thirty days to file an amended complaint to the extent that he can assert facts that
4 address the defects of the complaint.
5  THE COURT FURTHER **ORDERS** that if Holmes chooses to file an amended
6 complaint, the amended complaint shall be complete in and of itself without reference to
7 the previous complaint, as required by Civil Local Rule 15-1. Holmes shall also title the
8 amended complaint with the words "FIRST AMENDED COMPLAINT," on page one in the
9 caption.

12 DATED this ___10___ day of March, 2017.

Lloyd D. George
United States District Judge

2