# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT HOLMES, III, | |
| Plaintiff, | Case No. 2:15-cv-01456-LDG (CWH) |
| v. | **ORDER** |
| INTERNAL REVENUE SERVICE, *et al*., | |
| Defendants. | |

Previously, the Court dismissed plaintiff Robert Holmes, III's complaint without prejudice and granted him leave to file an amended complaint within thirty days. Holmes did not timely file an amended complaint. Accordingly, for good cause shown,

THE COURT **ORDERS** that plaintiff Robert Holmes, III's complaint is DISMISSED; The Clerk of the Court is instructed to enter judgment accordingly and close this case.

DATED this _____ day of October, 2017.

_____
Lloyd D. George
United States District Judge